☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Sep 20, 2021
/s/ Shanene Frederick
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   21-981M(NJ) |
| 4 Yahoo Accounts | ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     10/4/2021     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Nancy Joseph     .
                                    *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     9/20/2021 @ 3:48pm _____            *Nancy Joseph (signature)*
                                                            *Judge's signature*

City and state:     Milwaukee, Wisconsin _____            Nancy Joseph, U.S. Magistrate Judge
                                                            *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

<u>**ATTACHMENT B**</u>

**Particular Things to be Seized**

I.      **Information to be disclosed by Oath Holdings, Inc. (formerly known as Yahoo!) (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A from January 1, 2019 to present:

a.      The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      The types of service utilized;

2

d.     All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.     All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

3

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 21, United States Code, Sections 829(e), 841(a)(1), 841(h), 843(c)(2)(A), and 846 occurring from January 1, 2019 to the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.      The importation and distribution of controlled substances and other prescription medications.

b.      Information relating to the identity of any and all individuals who operate or maintain online pharmacies that sell controlled substances and other prescription medications.

c.      The existence, scope, purpose, and any overt acts in furtherance of a conspiracy, and the identity of any co-conspirators.

d.      Records of payment made in relation to the operation and maintenance of online pharmacies that sell controlled substances and other prescription medications, including proceeds from such sales.

e.      Information relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

4

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

**CLERK'S OFFICE**
A TRUE COPY
Sep 20, 2021
S. Shanene Frederick
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 21-981M(NJ) |
| 4 Yahoo accounts | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 846, 841(a)(1), 841 (h), and 843(c)(2)(A) | distribution of a controlled substance, possession with intent to distribute a controlled substance, internet distribution of controlled substances, and conspiracy to do the same |

The application is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

SCOTT SIMONS (Affiliate) Digitally signed by SCOTT SIMONS (Affiliate) Date: 2021.09.20 15:19:46 -05'00'

*Applicant's signature*

Scott Simons, Task Force Officer (DEA)

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means).*

Date: 09/20/2021

*Judge's signature*

City and state: Milwaukee, Wisconsin

Nancy Joseph, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Scott Simons, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of application for a search warrant for information associated with a certain account that is stored at premises controlled by Oath Holdings, Inc. (formerly known as Yahoo!) ("Yahoo"), an e-mail provider headquartered at 701 First Avenue, Sunnyvale, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Yahoo to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.      I am a Task Force Officer assigned to the Milwaukee District Office of the Drug Enforcement Administration (DEA) as a member of the Tactical Diversion Squad (TDS). I specialize in pharmaceutical investigations. I have worked full-time as a federal task force officer for the past 8 years and a full-time law enforcement officer with the Greenfield Police Department for the past 19 years. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

3.      During my tenure as a law enforcement officer, I have been involved in the investigation of drug traffickers in Milwaukee County, in the State of Wisconsin, across the United States, and internationally. I have received training in the investigation of drug trafficking, money

laundering, and computer crimes. I have worked with informants in the investigations of drug trafficking. I have participated in the application for and execution of numerous search warrants. I have participated directly in numerous narcotics investigations and arrests in which controlled substances, drug paraphernalia, drug proceeds, and digital evidence were seized. I am familiar with methods that are commonly used by drug traffickers to package and prepare controlled substances for sale.

4. The statements in this affidavit are based on my personal knowledge, information I have received from other law enforcement personnel, publicly available information, and from persons with knowledge of relevant facts. Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation.

5. Based on the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that the information associated with the accounts identified in Attachment A, will contain evidence and instrumentalities related to violations of Title 21, United States Code, Sections 841(a)(1) (distribution of a controlled substance and possession with intent to distribute a controlled substance), 841(h) (distribution of a controlled substance by means of the Internet), 843(c)(2)(A) (use of the Internet to advertise or offer the sale of a controlled substance), and 846 (conspiracy to distribute and possess with the intent to distribute a controlled substance), as further described in Attachment B.

6. In 2019, the Milwaukee District Office of the Drug Enforcement Administration was investigating an internet pharmacy, which advertises for sale controlled and non-controlled pharmaceuticals, including Schedule II controlled substances, without requiring a prescription for such substances. During the course of the investigation, case agents identified two domestic co-

2

conspirators who were receiving bulk drug parcels from various overseas drug suppliers and reshipping the drugs to United States customers. Case agents identified a primary drug supplier located in Pakistan who was utilizing a drop shipper located in the United Kingdom to ship controlled substances to the United States. Undercover case agents conducted multiple controlled buys directly from the Pakistan source of supply and identified multiple email addresses utilized by the drug trafficking organization which were used to facilitate the commission of the Subject Offenses. As described below, probable cause exists to believe the Yahoo accounts associated with the email addresses identified in Attachment A were used to facilitate the commission of the subject offenses.

## **PROBABLE CAUSE**

7. In 2015, the Milwaukee District Office of the Drug Enforcement Administration initiated an investigation into a series of related internet pharmacies, which advertised controlled and non-controlled pharmaceuticals for sale without requiring a prescription. ████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████ Subsequent analysis of these suspected controlled substances by the DEA laboratory identified controlled substances, including heroin, methamphetamine, ketamine, tramadol, diazepam, alprazolam, and modafinil.

8. ████████████████████████████████████████ ████████████████████████████████████████████████

3

9.         ██████████████ identified a drug broker located in the United Kingdom, who is known to them as DAVE ADDISON JR. and ROBIN. ADDISON and ROBIN said they are a brother/sister duo brokering drug orders. ADDISON and ROBIN communicated about drug orders, drug payments, and drug shipments, via WhatsApp account linked to phone number +44-7490620584. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████ All of these purchases from ADDISON and ROBIN were conducted by communicating via the WhatsApp account linked to phone number +44-7490620584. All drug

4

payments were made via Bitcoin to different Bitcoin addresses provided by ADDISON and ROBIN via WhatsApp. ████████████████████████████████████████████

████████████████████████████████████████

10.     ████████████████████████ ADDISON and ROBIN were believed to be the broker(s) taking the drug orders on behalf of a shipper located in the United Arab Emirates (UAE). Based on financial and shipping records reviewed by case agents, the drug parcels appear to be originating from Pakistan and then shipped through the UAE to the United States. ████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

11.     Case agents conducted multiple undercover purchases of the counterfeit Adderall (methamphetamine) tablets and counterfeit Percocet (heroin, methamphetamine, and tramadol) tablets ████████████████████████ These controlled substances were shipped from the UAE and coordinated by ADDISON/ROBIN. ████████████████████████████████

████████████████████████████████████████████

████████████████████████ Upon combining the drugs purchased by the undercover with the additional drugs redistributed throughout the United States, case agents believe ADDISON/ROBIN are responsible for the distribution of at least 9 kilograms of methamphetamine mixture and 4 kilograms of heroin.

5

12. ███████████████████████████████████████████████████

███████████████████████████████████████████.

13. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████    Case agents were able to trace the funds to Bitcoin address

3NsqARCvYfaS7sqKKQJVnvnL1DjgvAWKfm.  This Bitcoin address is part of a Paxful crypto

currency account.

14. On September 30, 2020, case agents received records related to the target Bitcoin

address from Paxful, pursuant to a DEA administrative subpoena. The records identified the

account holder as the following:

- Name: BISMA ASGHAR

- Date of Birth: June 24, 1999

- Phone: +92-3355623729 - confirmed (Pakistan number)

- Email: **bismaasghar55@gmail.com** - confirmed.

The majority of the IP addresses for this Paxful account indicate the user is likely located in

Pakistan.  Paxful provided photographs of the account holder, photographs of an unidentified male,

and the account holder's Pakistan identification card.  This identification card identifies her father

as ALI ASGHAR.

15. Case agents are aware that the Paxful records indicate email address

**bismaasghar55@gmail.com** is "confirmed."  Case agents are aware that this means a code or

password was sent to email address **bismaasghar55@gmail.com**, and this code or password was

then used in conjunction with creating the Paxful account. Case agents know that the email account

linked to a Paxful account will receive emails related to Paxful account activity.  In this case, these

6

emails would document drug payment activity. Case agents know that email content will aid in identifying the user of an email account. Email users will commonly send and receive personal identifying documents, including but not limited to passports, work identification cards, government identification cards, photographs of oneself, cell phone bills, utility bills, and bank statements. The user of email address **bismaasghar55@gmail.com** will also have access to Google Chats and Google Drive. These Google chat communications and saved Google Drive files will also assist case agents in identifying the user of email address **bismaasghar55@gmail.com**. Identifying the user of email address **bismaasghar55@gmail.com** will reveal the person in control of the linked Paxful account, ███████████████████████ ████████████████████.

16. Case agents were able to trace funds leaving this Paxful account to a LocalBitcoins account which is located in Finland. The funds were then transferred out of the LocalBitcoins account.

17. On October 5, 2020, case agents received records from Finland authorities showing approximately $4.3 million United States Dollars (USD) has been received and subsequently transferred out of the LocalBitcoins account. The current balance was approximately $50,000 USD. Case agents reviewed messages between the account holder and clients which show this account is being used to buy and sell Bitcoins for numerous clients, including the Paxful account linked to email address **bismaasghar55@gmail.com** which received drug payments. The LocalBitcoins account holder details are as follows:

- Name ABDUL MANAF

- Date of Birth: November 8, 1991

- Email: **balochtrade123@gmail.com**

- Address: Pakistan.

18.     Based on training and experience, case agents know that the email address **balochtrade123@gmail.com**, linked to the LocalBitcoins account, will receive emails related to LocalBitcoins account activity and the creation of the LocalBitcoins account.  In this case, these emails would document drug payment activity.  Case agents know that email content will aid in identifying the user of an email account.  The user of an email account will commonly send and receive personal identifying documents, including but not limited to passports, work identification cards, government identification cards, photographs of oneself, cell phone bills, utility bills, and bank statements.  The user of email address **balochtrade123@gmail.com** will also have access to Google Chats and Google Drive.  These Google Chats communications and saved Google Drive files will also assist case agents in identifying the user of email address **balochtrade123@gmail.com**.     Identifying     the     user     of     email     address **balochtrade123@gmail.com**  will reveal the identity of the person in control of the linked Local Bitcoins account, which was used to receive drug payments from the target Paxful account.

19.     On November 24, 2020, case agents began communicating with ADDISON/ROBIN in an undercover capacity via WhatsApp at phone number +44-7490620584. The user of this phone number later said her name was ROBIN.  ROBIN messaged case agents a list of approximately 23 different medications for sale, including Percocet 10mg and Adderall 30mg. ██████████████████████████████████████████████████████████ ███████████████████  The undercover and ROBIN discussed shipping, drug quantities, and pricing. ROBIN stated that Bitcoin was the only accepted form of payment and provided additional details, ██████████████████████████████████████████████████████  The undercover informed ROBIN that the undercover operated a domestic drug reshipping operation in the United

8

States. ROBIN solicited the undercover to receive bulk parcels from ROBIN and reship the drugs to ROBIN's customers. The undercover informed ROBIN that this was a possibility in the future, but first the undercover wished to become an established customer. This entire communication was conducted via the WhatsApp account linked to phone number +44-7490620584. ████████

████████████████████

20.     On January 16, 2021, the undercover communicated with ROBIN via WhatsApp at phone number +44-7490620584 to conduct a controlled purchase of 500 tablets of Adderall 30mg (suspected to contain methamphetamine) and 500 tablets of Percocet 10mg (suspected to contain methamphetamine, heroin, tramadol, and caffeine). The undercover and ROBIN discussed pricing and quantity, and ROBIN said the minimum order size that the shipper will ship is 1,000 tablets. ROBIN provided the undercover with a Paxful Bitcoin address where payment should be sent. The undercover sent Bitcoins worth approximately $3,100 to the target Bitcoin address, and ROBIN confirmed that the payment was received. The undercover received the shipment which contained approximately 1,000 Adderall tablets and no Percocet tablets. This parcel was shipped from Pakistan through the United Arab Emirates (UAE). The medications were sent to the Drug Enforcement Administration (DEA) laboratory in Chicago, and the laboratory test results showed the presence of methamphetamine and caffeine (394 grams mixture).

21.     On February 2, 2021, case agents received records from cryptocurrency company Paxful, pursuant to a DEA administrative subpoena. These records were related to the Bitcoin account the undercover sent drug payment to for the January 16, 2021 purchase. The records identified the account holder as the following:

- Name: RASHIDA ASGHAR

- Date of Birth: February 13, 1976

- Phone: +92-3146009001 – confirmed (Pakistan number)

- Email: **bismaasghar55@yahoo.com** - confirmed.

The majority of the IP addresses for this Paxful account indicate the user is likely located in Pakistan. Paxful provided photographs of the account holder, ███████████████████████ ███████████████████████ and the account holder's Pakistan identification card. This identification card identifies her husband as ALI ASGHAR. As a result, it is believed the account holder of this Paxful account is the mother of the person's Paxful account ████████████ ███████████.

22.     On April 18, 2021, the undercover communicated with ROBIN via WhatsApp at phone number +44-7490620584 to conduct a controlled purchase of 1,000 tablets of Adderall 30mg (suspected to contain methamphetamine). ROBIN provided the undercover with a Paxful Bitcoin address where payment should be sent. ROBIN said she also included 120 alprazolam tablets. ROBIN directed the undercover to keep 20 tablets and ship the remaining 100 tablets to a United States customer of ROBIN. The undercover did send Bitcoins worth approximately $3,100 to the target Bitcoin address, and ROBIN confirmed that the payment was received. This parcel was shipped via FedEx, and was not cleared to be delivered once in the United States due to lacking proper documentation. Case agents had the parcel seized by the U.S. Customs and Border Protection (CBP) and transferred to case agents in Milwaukee. This parcel contained approximately 1,000 Adderall tablets and 120 alprazolam tablets. This parcel was shipped from Pakistan through the United Arab Emirates (UAE). The medications were sent to the DEA laboratory in Chicago, and the laboratory test results showed the presence of methamphetamine and caffeine from the Adderall tablets (337 grams mixture) and the presence of alprazolam from the alprazolam tablets.

23.     On June 8, 2021, case agents received records from cryptocurrency company, Paxful, pursuant to a DEA administrative subpoena.  These records were related to the Bitcoin account that the undercover sent drug payment to for the April 18, 2021 purchase.  The records identified the account holder as the following:

- Name: RASHIDA ASGHAR

- Date of Birth: February 13, 1976

- Phone: +92-3146009001 – confirmed (Pakistan number)

- Email: **bismaasghar55@yahoo.com**  - confirmed.

This is the same account case agents previously sent drug payment to.  The majority of the IP addresses for this Paxful account indicate the user is likely located in Pakistan.  Paxful provided photographs of the account holder, ███████████████████████████████████, and the account holder's Pakistan identification card.

24.     Case agents have had regular undercover communication with ROBIN via WhatsApp messages and voice calls.  ROBIN is a female subject and said bulk drug parcels are shipped from the UAE to the United States.  ROBIN stated there is a drop shipping organization located in the UK where she claims to also be living with her brother.  The UK drop shipper then ships smaller parcels to customers in the United States.  ROBIN offered to ship the undercover parcels through the UK drop shipper instead of from the UAE, because ROBIN was under the impression the undercover did not receive the parcel seized by CBP from the April 18, 2021 undercover purchase.  ROBIN has sent the undercover dozens of images of parcels and tracking records to prove that parcels are effectively being shipped from the UAE to UK and also from the UK to the United States.

11

25.     Milwaukee case agents learned about an investigation led by the Drug Enforcement Administration's Miami District Office into an Indian-based dark web vendor using the same UK drop shipping organization.  This dark web vendor is being supplied by ROBIN through the UK drop shipper.  Case agents reviewed the images provided by ROBIN of parcels being shipped from the UK to the United States. ███████████████████████████████████████████

███████████████████████

26.     ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████ The tablets were in a blister pack which identified the tablets as Xanax/alprazolam 1mg. The suspected Xanax tablets were transferred to the DEA laboratory for analysis which is pending. Case agents reviewed USPS records and found the tracking of this Xanax drug parcel was checked from IP addresses located in Lahore, Pakistan.

27.     Case agents reviewed the online pharmacy PHARMACYONLINE365 (www.pharmacyonline365.com) and found the website sells the same medications being sold by ROBIN using phone number +44-7490620584.

28.     Case agents reviewed data received from WhatsApp, pursuant to a pen-trap order authorized in the Eastern District of Wisconsin on May 6, 2021 by the Honorable Stephen C. Dries, United States Magistrate Judge.  The data received was for ROBIN's phone number +44-

12

7490620584.  Case agents learned that ROBIN is likely located in Pakistan based on IP address records and is in regular communication with phone numbers located in Pakistan, United Kingdom, India, and the United Arab Emirates.

29.     On July 2, 2021, the undercover communicated with ROBIN via WhatsApp at phone number +44-7490620584 to conduct a controlled purchase of 1,000 tablets of Adderall 30mg (suspected to contain methamphetamine) and also receive 1,000 tablets of Percocet 10mg (suspected to contain heroin, methamphetamine, and tramadol) free due to ROBIN believing the last drug parcel was seized by CBP.  ROBIN provided the undercover with a Paxful Bitcoin address where payment should be sent.  The undercover transferred Bitcoins worth approximately $3,100 to the target Bitcoin address, and ROBIN confirmed that the payment was received. ROBIN said the maximum size for a parcel shipped from the UK was 500 tablets so this order would arrive in four parcels. The undercover received the first of the four parcels which was shipped via USPS from the UK.  This parcel contained approximately 500 Adderall tablets (suspected methamphetamine).  The medications were sent to the DEA laboratory in Chicago, and the analysis results are pending.

30.     Case agents coordinated with law enforcement authorities in the UK, and the UK authorities acquired video surveillance and interviewed a post office employee in London where a Pakistani male shipped the drug parcel on July 2, 2021.  As seen on video surveillance by UK authorities, this Pakistani male withdrew currency from an ATM and then used this currency to pay for the shipping of the purchased drug parcel and approximately 18 additional suspected drug parcels to various recipients in the United States. UK authorities identified the bank account holder of the account the funds were withdrawn from as MUHAMMAD ISHAQ who was born in Pakistan and now lives in London, a short distance from this post office.  Case agents compared

13

the UK driver's license photograph of MUHAMMAD ISHAQ with the Pakistani male who shipped the drug parcel to case agents, and case agents were able to positively confirm the shipper of the drug parcel is MUHAMMAD ISHAQ.

31. On July 8, 2021, case agents received records from cryptocurrency company, Paxful, pursuant to a DEA administrative subpoena. These records are related to the Bitcoin account the undercover sent drug payment to for the July 2, 2021 purchase. The records identified the account holder as the following:

- Name: RASHIDA ASGHAR

- Date of Birth: February 13, 1976

- Phone: +92-3146009001 – confirmed (Pakistan number)

- Email: **bismaasghar55@yahoo.com** - confirmed.

This is the same account to which case agents previously sent drug payments.

32. Case agents are aware that the Paxful records indicate email address **bismaasghar55@yahoo.com** is "confirmed." Case agents are aware that this means a code or password was sent to email address **bismaasghar55@yahoo.com,** and this code or password was then used in conjunction with creating the Paxful account. Case agents know that the email account linked to a Paxful account will receive emails related to Paxful account activity. In this case, these emails would document drug payment activity. Case agents know that email content will aid in identifying the user of an email account. Email users will commonly send and receive personal identifying documents, including but not limited to, passports, work identification cards, government identification cards, photographs of oneself, cell phone bills, utility bills, and bank statements. Identifying the user of email address **bismaasghar55@yahoo.com** will reveal the

person in control of the linked Paxful account, which was used to receive drug payments multiple times from an undercover case agent.

33.     On July 23, 2021, case agents received records from Oath Holdings Inc. (formerly known as Yahoo!), pursuant to a DEA administrative subpoena, related to email address **invoiceatmenttro@yahoo.com**. This email address is used to process drug payments and provide drug parcel details to customers. The records showed the following account holder details:

- Name: ALEX MENTTRO

- Registration IP address: 119.73.121.4 (located in Pakistan)

- Recovery email: **actuary754@gmail.com** - verified

- Recovery phone: +92-3224666648 – verified (Pakistan phone number).

34.     Case agents are aware that a "recovery email" is used to aid in accessing the primary email account in case the user forgets the login details. The user must have access to and have control of both email accounts. As a result, the user of email address **invoiceatmenttro@yahoo.com** also has access to email address **actuary754@gmail.com**. In this case, Yahoo records indicate email address **actuary754@gmail.com** is "verified". Case agents are aware that this means a code or password was sent to email address **actuary754@gmail.com**, and this code or password was then used in conjunction with creating email account **invoiceatmenttro@yahoo.com**. Case agents know that email content will aid in identifying the user of an email account. The user of an email account will commonly send and receive personal identifying documents, including but not limited to, passports, work identification cards, government identification cards, photographs of oneself, cell phone bills, utility bills, and bank statements. The user of **actuary754@gmail.com** will also have access to Google Chats and Google Drive. These Google chats communications and saved Google Drive files will also assist

15

case agents in identifying the user of **actuary754@gmail.com**. Identifying the person in control of email address **actuary754@gmail.com** will reveal the person in control of email address **invoiceatmenttro@yahoo.com**, which is used to process drug payments and provide drug parcel details to customers.

35.  . The suspected Xanax tablets were transferred to the DEA laboratory in Chicago for analysis, and the laboratory test results are pending.

36.    Case agents know that the email account **invoiceatmenttro@yahoo.com** is being used by a co-conspirator to communicate with drug customers to coordinate the collection of drug payments and provide details about the shipping of the drug parcels.  Case agents know that email content will aid in identifying the user of an email account.  Email users will commonly send and receive personal identifying documents, including but not limited to passports, work identification cards, government identification cards, photographs of oneself, cell phone bills, utility bills, and bank statements.   It   is   also   believed   that   email   content   for   email   account

16

invoiceatmenttro@yahoo.com will identify drug customers, other co-conspirators, and locate drug proceeds.

37.     UK authorities acquired July 31, 2021 video surveillance of the same London post office, and UK authorities again observed MUHAMMAD ISHAQ ship 23 suspected drug parcels to various recipients in the United States.  The majority of these parcels were delivered, but case agents were able to intercept and seize two of these parcels.  One parcel was seized going to a customer in Stevens Point, Wisconsin and the other parcel was seized going to a customer in Tomball, Texas.  Case agents, with the assistance from Homeland Security Investigations, opened these parcels and found suspected counterfeit Percocet tablets in both parcels.  These medications have been sent to the DEA laboratory for analysis which is currently pending.  Case agents are aware that identical tablets previously seized during this investigation and analyzed by the DEA laboratory found the tablets contained heroin, methamphetamine, tramadol, and caffeine.

38.     On September 1, 2021, an undercover case agent placed an order of 30 tablets of Percocet (oxycodone) from the online pharmacy PHARMACYONLINE365 located at www.pharmacyonline365.com.  Case agents were directed to make payment, via Western Union, to a subject in the Philippines.  The undercover case agent communicated with the customer service employee by phone and email and was told the online pharmacy ships drug parcels from both the United Kingdom and the Philippines.  On September 14, 2021, the undercover case agent received an email containing the tracking number for the drug parcel.  This email was received from shipping_m4u_365@yahoo.com.  Furthermore, the email address meds_4u@yahoo.com was copied on this email providing the tracking number of the drug parcel.

39.     Case agents believe that email addresses shipping_m4u_365@yahoo.com and meds_4u@yahoo.com are being used by PHARMACYONLINE365 to process drug orders and

17

coordinate shipping of drug parcels to the United States. Case agents know that email content will aid in identifying the user of an email account, and in the case of these email addresses, also identify customers and drug parcels in the United States.

40. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████

41. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████

42. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

18

██████████████████████████████████████████████

████████████████████████████████████

43.    ███████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

44.    Based on my training and experience and the facts described herein, I believe BISMA ASGHAR, RASHIDA ASGHAR, ABDUL MANAF, ALEX MENTTRO, MUHAMMAD ISHAQ, ROBIN, and DAVE ADDISON JR. are trafficking drugs by shipping controlled pharmaceuticals from overseas to the United States.  The drugs are either shipped directly to the customers or re-shipped to customers by drug re-shippers in the United Kingdom or United States. Some of the co-conspirators are also operating as payment processors to facilitate the drug payments. Based on my training and experience and the facts set forth above, I believe that records and information related to the email in Attachment A will contain evidence of these crimes, as described in Attachment B.

45.    I know from my training and experience that email records, including email content, often provide details that enable law enforcement to identify the user of the email account and identify his or her location. In this case, the identification of the user of the email account will assist case agents in identifying the true identity and location of the person(s) having control over the email accounts, identification of co-conspirators, financial accounts, the identification of drug suppliers and shippers, identification of customers, and the details revolving around the payment processing of drug purchases.

19

46.     I also know that persons involved with owning or operating internet pharmacies and providing the drugs for such internet pharmacies often times communicate by email, which is consistent with the evidence in this investigation. These communications include but are not limited to drug orders, drug shipping information, and payments for said drugs. In this investigation specifically, I have had the opportunity to review email account records, including email content, belonging to multiple members of this conspiracy, which were obtained pursuant to federal search warrants and consent. Based on the review of these records, from speaking to customers, by conducting undercover controlled buys, and speaking with cooperating co-conspirators, I know that email is a primary form of communication for this drug conspiracy.  Most commonly, customers place their orders by email or by internet pharmacy website.   Internet pharmacy representatives and payment processors communicate with the customers by email regarding payment and drug order.  The internet pharmacy representative then emails the orders to the internet pharmacy employee responsible for forwarding the orders to the source of supply or drop shipper.  After the source of supply or drop shipper ships the drugs to the customer(s), an email is commonly sent by the source of supply to the internet pharmacy representative documenting that the order was shipped and the tracking number.  The tracking number is emailed to the customer upon the drug parcel being shipped.  In addition, the co-conspirators communicate with one another by email and phone.

47.     I am aware from this investigation ███████████████ prior similar investigations, and training and experience of internet pharmacies, is that internet pharmacies and online drug conspiracies often use Google Drive (and other electronic cloud storage platforms) to store records and information about the conspiracy's financial accounts, drug suppliers, drug shippers, drug customers, drug shipments, and payment processing.   Based on my prior

20

investigations and training and experience, internet pharmacies and drug conspiracies, who use the Google platform, will often communicate internally and externally using Google Hangout or other Google Chats about the means, manner, and methods of the conspiracy, or similar communication platforms.

48.     For all of the foregoing reasons, case agents are requesting a search warrant for emails containing the information set forth in Attachment A for the following for the period of January 1, 2019 to the present.  This beginning date is the approximate date that case agents are aware ███████████████████████████████████████████████, and it's believed evidence will be located specific to each email address.

49.     In general, an e-mail that is sent to a Yahoo subscriber is stored in the subscriber's mailbox on Yahoo's servers until the subscriber deletes the e-mail.  If the subscriber does not delete the message, the message can remain on Yahoo's servers indefinitely.  Even if the subscriber deletes the e-mail, it may continue to be available on Yahoo's servers for a certain period of time.

**BACKGROUND CONCERNING E-MAIL**

50.     In my training and experience, I have learned that Yahoo provides a variety of on-line services, including electronic mail ("email") access, to the public.  Yahoo allows subscribers to obtain email accounts at the domain name yahoo.com, like the email account listed in Attachment A.  Subscribers obtain an account by registering with Yahoo.  During the registration process, Yahoo asks subscribers to provide basic personal information.  Therefore, the computers of Yahoo are likely to contain stored electronic communications (including retrieved and unretrieved email for Yahoo subscribers) and information concerning subscribers and their use of Yahoo services, such as account access information, email transaction information, and account application information.  In my training and experience, such information may constitute evidence

21

of the crimes under investigation because the information can be used to identify the account's user or users.

51.     In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account.  Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).  In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.  Based on my training and my experience, I know that, even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location, or illicit activities.

52.     In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems.  This information can include the date on which the account was created, the length of service, records of log-in (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account.  In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.  Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

22

53.     In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.  Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

54.     This application seeks a warrant to search all responsive records and information under the control of Yahoo, a provider subject to the jurisdiction of this court, regardless of where Yahoo has chosen to store such information. The government intends to require the disclosure pursuant to the requested warrant of the contents of wire or electronic communications and any records or other information pertaining to the customers or subscribers if such communication, record, or other information is within Yahoo's possession, custody, or control, regardless of whether such communication, record, or other information is stored, held, or maintained outside the United States.

55.     As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, email communications, contacts

lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, as described below, email providers typically log the Internet Protocol (IP) addresses from which users access the email account, along with the time and date of that access. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (*e.g.*, location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

## CONCLUSION

56. Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Yahoo who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

24

**ATTACHMENT A**

**Matter No. 2020R00481**
**Property to Be Searched**

This warrant applies to records and information associated with the following email addresses, that is stored at premises controlled by Oath Holdings Inc. (formerly known as Yahoo!), a company that accepts service of legal process at 701 First Avenue, Sunnyvale, California.

1. **bismaasghar55@yahoo.com** (from January 1, 2019 to present)

2. **invoiceatmenttro@yahoo.com** (from January 1, 2019 to present)

3. **shipping_m4u_365@yahoo.com** (from January 1, 2019 to present)

4. **meds_4u@yahoo.com** (from January 1, 2019 to present)

## ATTACHMENT B

### Particular Things to be Seized

**I.** **Information to be disclosed by Oath Holdings, Inc. (formerly known as Yahoo!) (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A from January 1, 2019 to present:

    a.    The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.    The types of service utilized;

2

d.     All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.     All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 21, United States Code, Sections 829(e), 841(a)(1), 841(h), 843(c)(2)(A), and 846 occurring from January 1, 2019 to the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.     The importation and distribution of controlled substances and other prescription medications.

b.     Information relating to the identity of any and all individuals who operate or maintain online pharmacies that sell controlled substances and other prescription medications.

c.     The existence, scope, purpose, and any overt acts in furtherance of a conspiracy, and the identity of any co-conspirators.

d.     Records of payment made in relation to the operation and maintenance of online pharmacies that sell controlled substances and other prescription medications, including proceeds from such sales.

e.     Information relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

4